461 A.2d 883

Commonwealth v. Brown, Appellant.

Submitted March 22, 1983. Susan Claire DeYoung, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Affirmed.

461 A.2d 883

Commonwealth v. Browne, Appellant.

Submitted April 5, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

461 A.2d 884

Commonwealth v. Bryant, Appellant.

Petition for Allowance of Appeal Denied Nov. 9, 1983.